THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Braheim Hill, Appellant.
 
 
 

Appeal From Aiken County
  John C. Few, Circuit Court Judge

Unpublished Opinion No. 2008-UP-452
 Submitted August 1, 2008  Filed August 7,
2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: Braheim Hill appeals his convictions for armed robbery and
 possession of a firearm.  He argues the trial courts jury charge on reasonable
 doubt violated due process.  After a
 thorough review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Hills appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
KONDUROS, J., CURETON, A.J., and GOOLSBY, A.J.,
 concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.